U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 0 2 2009

TONY R. MO___, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ALBERTUS CONNER, JR. | CIVIL ACTION NO. 08-cv-1405 |
| VERSUS | JUDGE STAGG |
| POLICE DEPT. OF SHREVEPORT, ET AL | MAGISTRATE JUDGE HORNSBY |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed with prejudice** for failure to state a claim.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 2nd day of July, 2009.

TOM STAGG
UNITED STATES DISTRICT JUDGE